DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PAUL PONCE,

Appellant,

v.

DEPARTMENT OF REVENUE and BETHANY E. HILL,

Appellees.

No. 2D2023-1361

_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Nancy L. Jacobs and Matthew Smith, Judges.

Shamika T. Askew of The Law Office of Shamika T. Askew, Brandon, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

No appearance for Appellee Bethany E. Hill.

PER CURIAM.

     Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.